FILED
2004 MAY 12 P 3:39
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : No. 3:03CR261(AHN) |
| v. | : |
| MARVIN SMITH, | : |
| Defendant | : May 12, 2004 |

1/26/2005 DENIED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

FILED 2005 JAN 26 A 11:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## DEFENDANT'S MOTION FOR REINSTATEMENT OF CONDITIONS OF RELEASE

Defendant Marvin Smith respectfully moves this honorable court to reinstate the conditions of release which were set by the court on November 6, 2003.

On September 16, 2003, defendant Smith was indicted in the above-referenced matter.

On November 6, 2003 defendant Smith was ordered released in accordance with an Order setting conditions of release entered by Magistrate Judge Thomas P. Smith (Exhibit A).

On February 10, 2004, the government moved for an arrest warrant and to revoke defendant Smith's conditions of release. On February 24, 2004, defendant Smith's counsel, Gary A. Mastronardi, moved to withdraw as counsel of record. That motion was granted. With respect to the government's motion, It was agreed that, given the withdrawal by defendant Smith's counsel, a detention order would enter, without a hearing having been held on the merits of the government's motion. The detention order was entered without prejudice to defendant Smith's subsequently requesting a hearing on the reinstatement of the conditions of release.

ORAL ARGUMENT REQUESTED

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969