UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | No. 3:03CR261(AHN) |
| | : | |
| v. | : | |
| | : | |
| MARVIN SMITH, | : | |
| | : | February 18, 2005 |
| Defendant | : | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

  Defendant, by and through his undersigned CJA counsel, respectfully requests that this court continue for three weeks, the currently-set sentencing date of March 3, 2005. In support of said motion, undersigned counsel makes the following representations:

  1. Sentencing in this matter is currently set for March 3, 2005.

  2. Undersigned counsel has selected a jury in USA v. Fernandez, Docket No. 3:04CR277 (PCD) a multiple defendant criminal matter. Evidence will begin on March 28, 2005, a date certain.

  3. The trial is expected to consume approximately one week, encompassing the Smith sentencing date of March 3, 2005.

  4. Undersigned counsel did not participate in the scheduling of the currently set sentencing date of March 3, 2005.

  5. In addition, counsel has just been notified that the addendum to the PSR is ready to be picked up at the Probation Office. A number of complex issues (deriving, at least in part from the recent Booker decision) have already been identified in the PSR.

ORAL ARGUMENT NOT REQUESTED

6.  Next week (February 21 through 25, 2005) is winter vacation in the Trumbull Schools; undersigned counsel's family will be out of town most of next week. The <u>Fernandez</u> trial starts the following Monday.

7.  In short, there will be no time for undersigned counsel to prepare a comprehensive sentencing memorandum within the time now available to counsel.

8.  Counsel respectfully requests, therefore, that sentencing in this matter be continued for at least three weeks, preferably for the week of March 28, 2005.

9.  This date undersigned counsel left a comprehensive voice mail message for AUSA Michael Runowicz explaining the basis for this request and seeking the government's position. As of the time that this motion was dispatched for filing, undersigned counsel had not yet heard back from Mr. Runowicz , but reasonably believes that the government will have no objection to the requested continuance.

>  Respectfully submitted,
>  DEFENDANT MARVIN SMITH
>
>
>  By_____
>    Robert J. Sullivan, Jr.
>    LAW OFFICES OF ROBERT SULLIVAN
>    190 Main Street
>    Westport, Connecticut 06880
>    Tel. No. 203/227-1404
>    Federal Bar No. CT08969

## **CERTIFICATION**

This is to certify that a copy hereof was mailed on February 18, 2005 to the following:

Michael E. Runowicz, AUSA
Office of U.S. Attorney
157 Church Street, 23rd Floor
New haven, CT 06510

Carla Jo Wagenstein-Vega
Office of Probation
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Robert J. Sullivan, Jr.

–3–