UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:03CR261(AHN) |
| | : | |
| v. | : | |
| | : | |
| MARVIN SMITH | : | March 24, 2005 |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Defendant, by and through his undersigned CJA counsel, respectfully requests that this court continue to April 5, 2005, the currently-set sentencing date of March 28, 2005. In support of said motion, undersigned counsel makes the following representations:

1. Approximately 30 days ago, undersigned counsel was alerted by the government that counsel for the government expected to seek a continuance to April of the currently-set sentencing date of March 28, 2005 due to a conflicting trial commitment.

2. This week, not having heard further from the government, counsel contacted the government to determine its plans on the scheduling of the sentencing. Counsel learned that the conflict had resolved itself and that government did not need to seek additional time.

3. Undersigned counsel had not completed his sentencing memorandum, in good faith believing that the sentencing was to be continued.

ORAL ARGUMENT NOT REQUESTED

4.  AUSA Michael Runowicz has advised counsel that the government does not object to a short time enlargement for the purpose of permitting counsel to complete the sentencing memorandum suitably in advance of the sentencing date.

5.  Defendant Marvin Smith respectfully requests, therefore, that this matter be continued to April 5, 2005

6.  As indicated above, AUSA Michael Runowicz does not object to the requested continuance.

    Respectfully submitted,
    DEFENDANT MARVIN SMITH


By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969

## **CERTIFICATION**

       This is to certify that a copy hereof was mailed on March 24, 2005 to the following:

Michael E. Runowicz, AUSA
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

                                                                        _____
                                                                         Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969