UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------ :
UNITED STATES OF AMERICA                         :
                                                 : No. 3:03CR261(AHN)
v.                                               :
                                                 :
MARVIN SMITH                                     :
                                                 :
------------------------------------------------ : April 4, 2005

**ADDENDUM TO DEFENDANT MARVIN SMITH'S
MEMORANDUM IN AID OF SENTENCING**

Submitted herewith are reference letters in support of defendant Marvin Smith from following:

    Mamie Smith
    Curtis M. Cofield
    Dennis Cue, MSW
    Renovia Smith
    Vivian Polite

    Respectfully submitted,
    DEFENDANT MARVIN SMITH

    By_____
    Robert J. Sullivan, Jr.
    LAW OFFICES OF ROBERT SULLIVAN
    190 Main Street
    Westport, Connecticut 06880
    Tel. No. 203/227-1404
    Federal Bar No. CT08969

## **CERTIFICATION**

      This is to certify that a copy hereof was hand delivered on April 4, 2005 to the following:

Michael E. Runowicz, AUSA
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Office of Federal Probation
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                                                              _____
                                                                                              Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969