UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ------------------------------------------------- : | |
| UNITED STATES OF AMERICA : | |
| : | No. 3:03CR261(AHN) |
| v. : | |
| : | |
| MARVIN SMITH : | |
| : | |
| ------------------------------------------------- : | April 4, 2005 |

**NOTICE OF MANUAL FILING**

Please take notice that defendant, Marvin Smith, has manually filed the following document or thing:

Reference letters in support of defendant Marvin Smith from the following:

    Mamie Smith
    Curtis M. Cofield
    Dennis Cue, MSW
    Renovia Smith
    Vivian Polite

This document has not been filed electronically because

[ X ]   the document or thing cannot be converted to an electronic format by this office
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                  Respectfully submitted,
                                                  DEFENDANT MARVIN SMITH


                                                  By_____
                                                Robert J. Sullivan, Jr.
                                                LAW OFFICES OF ROBERT SULLIVAN
                                                190 Main Street
                                                Westport, Connecticut 06880
                                                Tel. No. 203/227-1404
                                                Federal Bar No. CT08969

**CERTIFICATION**

   This is to certify that a copy hereof was mailed on April 4, 2005 to the following:

Michael E. Runowicz, AUSA
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Office of Federal Probation
915 Lafayette Blvd.
Bridgeport, CT 06604

                     _____
                      Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969