UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------- :
UNITED STATES OF AMERICA              :
                                                          : No. 3:03CR261(AHN)
v.                                                      :
                                                          :
MARVIN SMITH                                    :
                                                          :
------------------------------------------------- : April 4, 2005

### **SECOND ADDENDUM TO DEFENDANT MARVIN SMITH'S MEMORANDUM IN AID OF SENTENCING**

    Submitted herewith are reference letters in support of defendant Marvin Smith from following:

        Tonya Smith Moye
        Anthony M. Harper, MSW
        Kenneth H. Flemming

                                              Respectfully submitted,
                                              DEFENDANT MARVIN SMITH

                                              By_____
                                               Robert J. Sullivan, Jr.
                                               LAW OFFICES OF ROBERT SULLIVAN
                                             190 Main Street
                                             Westport, Connecticut 06880
                                           Tel. No. 203/227-1404
                                           Federal Bar No. CT08969

## **CERTIFICATION**

      This is to certify that a copy hereof was hand delivered on April 4, 2005 to the following:

Michael E. Runowicz, AUSA
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Office of Federal Probation
915 Lafayette Blvd.
Bridgeport, CT 06604

 

                                                                    _____
                                                                    Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969