UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------ :

UNITED STATES OF AMERICA                     :

                                                                  :  No. 3:03CR261(AHN)

v.                                                                  :

                                                                  :

MARVIN SMITH                                     :

                                                                  :

---------------------------------------------- :  April 4, 2005

### NOTICE OF MANUAL FILING

Please take notice that defendant, Marvin Smith, has manually filed the following document or thing:

Reference letters in support of defendant Marvin Smith from the following:

     Tonya Smith Moye
     Anthony M. Harper, MSW
     Kenneth H. Flemming

This document has not been filed electronically because

[ X ]    the document or thing cannot be converted to an electronic format by this office

[   ]    the electronic file size of the document exceeds 1.5 megabytes

[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

               Respectfully submitted,
               DEFENDANT MARVIN SMITH

               By_____
                Robert J. Sullivan, Jr.
                LAW OFFICES OF ROBERT SULLIVAN
                190 Main Street
                Westport, Connecticut 06880
                Tel. No. 203/227-1404
                Federal Bar No. CT08969

## **CERTIFICATION**

This is to certify that a copy hereof was hand delivered on April 4, 2005 to the following:

Michael E. Runowicz, AUSA
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Office of Federal Probation
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969