UNION AVENUE

11-30-86    7    1230    11-30-86

STATUS CODE  C = COMPLAINANT  V = VICTIM  A = SUSPECT  AT = ARRESTEE DANGEROUS  W = WITNESS OCCUPANT

| Status | LAST NAME | FIRST NAME | | |
|---|---|---|---|---|
| C | SUPERIOR COURT | | | |
| A | SMITH | MARVIN | | |
| A | KENDALL | E. PD 093 | | |
| A | RANDALL | R. PD 093 | | |

R/F C/N 113663

DETAILS

ON THE ABOVE DATE... OFFICERS KENDALL AND RANDALL EFFECTED THE ARREST OF MARVIN (LTN SMITH)...

TO AN OUTSTANDING ARREST WARRANT ON FILE FOR HIM WITH THIS DEPARTMENT THAT WAS ISSUED BY THE SUPERIOR COURT IN HER...

CHARGING HIM WITH POSSESSION OF COCAINE. SMITH WAS REMANDED TO THE STATE CORRECTIONAL FACILITY AT ) UNION AVENUE BY...

PRISONER CONVEYANCE.

EXHIBIT 2