CRIMINAL DOCKET SHEET
Form JDSR 129 Rev. 12 72

SUPERIOR COURT

WATERBURY JD

STATE vs. MARVIN LEROY SMITH       NO. 4-138447
Age: 33   Date of birth: 7/21/53     Companion Nos.
MAR. Term, 19 87        24/51        Poss. of narc. (sale) – 21a-277(a)

3/16/87 - ORAL MOTION TO INCREASE BOND—
DENIED (ORANGINIS, J)

DATE: MARCH 13, 1987
Bench warrant issued. Bond: $
Bench warrant returned. Advice of rights.
Transferred    from    Part B Circuit. Docket no. CR
Bond: $25,000.00
3-13-87 Bond posted: $25,000.00   Other release:
Surety: P. Jacobs
☐ Bond forfeited.
(See other side)

3/16/87 Counsel appeared. Name: M Minnella
(ORANGINIS) Guardian appointed. Name:

3/16/87 Plea to 1st count: NG  Election: J     DATE:
(ORANGINIS, J)  2nd count:                     Trial began before        , J. and jury of
           3rd count:                            Trial ended. Verdict or finding:
           4th count:                            Guilty to counts
           5th count:                            Not guilty: (Charge-statute section)
                                                 1st count:
Change of plea to counts                         2nd count:
                                                 3rd count:
8/11/87 Substitute information filed. Plea of guilty   4th count:
ORANGINIS)   to counts 1                         5th count:
Nolle by state's attorney:                       Mistrial declared.
(Charge-statute section)
    1st count:
    2nd count:
    3rd count:                                   Pre-sentence investigation ordered
    4th count:                                   for
    5th count:                                      (Date of sentence)

Sentence-judgment (Include charge-statute section.)   (ORANGINIS, J.) 9/11/87
1st count: POSSESSION OF NARCOTICS 21a-279(a)
           5 YEARS

2nd count: CONCURRENT WITH WATERBURY CONVICTION
           CONCURRENT WITH NEW HAVEN CASE (15 YEARS)

3rd count: COSTS IMPOSED ($20 of SEIZED MONIES to be APPLIED to COSTS)

(CC1)

4th count:

STATE OF CONNECTICUT
SUPERIOR COURT
RECORDS CENTER

5th count:    JAN - 9 2003

CERTIFIED COPY
BY _____
TITLE _____

_____, Judge

EXHIBIT 3

Date of offense: 3/13/87

| | STATE OF CONNECTICUT | |
|---|---|---|
| **MITTIMUS** | **SUPERIOR COURT** | |
| [X] JUDGMENT | TO CLERK | |
| [ ] CONTINUANCE | Prepare in duplicate a separate Mittimus for each file. | |
| [ ] FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a. | TO OFFICER Original to receiving facility; return copy to court | |

| | | | DATE OF DISPOSITION SEPT. 11, 1987 |
|---|---|---|---|
| TO: Any Proper Officer | | | |
| DOCKET NO. Cr4-138447 | NAME OF DEFENDANT MARVIN LEROY SMITH | DATE OF BIRTH 7/21/53 | DATE SENTENCE TO BEGIN (if different) |
| NAME AND LOCATION OF RECEIVING FACILITY CONN. CORRECTIONAL INST. - SOMERS | NAME AND LOCATION OF COURT WATERBURY JD | | |
| [X] CRIME(S) CONVICTED | FIRST COUNT-STATUTE NO. 21a-279(a) | SECOND COUNT-STATUTE NO. | THIRD COUNT-STATUTE NO. |
| [ ] CRIME(S) CHARGED | FOURTH COUNT-STATUTE NO. | FIFTH COUNT-STATUTE NO. | SIXTH COUNT-STATUTE NO. |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**JUDGMENT MITTIMUS**

| COUNTS AND TERMS (If execution of portion of sentence is suspended, show only time to be served) | | | | | | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| First | Second | Third | Fourth | Fifth | Sixth | |
| 5 yrs | | | | | | 5 years* |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

TES: 5 years - concurrent with Waterbury conviction; concurrent with New Haven case (15 years).

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

[ ] And said defendant pay to the State of Connecticut the amount of fines and costs now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

| COUNTS AND FINES (Show only unpaid portion of fines and costs) | | | | | | | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|---|
| First | Second | Third | Fourth | Fifth | Sixth | Cost | |
| | | | | | | | |

[ ] The Defendant is entitled to sentence credit of _____ days.

**TRANSFER OR CONTIN.**

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and location of court) | [ ] J.D. [ ] G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|
| | | | |

**ORDER**

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden, Superintendent, Administrator at the above facility and said Commissioner and/or Warden, Superintendent, Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged.

SIGNED (Assistant clerk of said court) Catherine Capuano   BY ORDER OF THE COURT (Dranginis, J.)   DATE SIGNED SEPT. 11, 1987

Receiving facility time stamp

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY

TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER

Signature of receiving officer

JD-CR-38 REV. 3-82 (Replaces JD-CR-16, 25, 26, JDSR-401, 402, 403, CCP-109)
Gen. Stat. 18-23, 18-65, 18-65a, 18-73, 18-82, 54-1b, 54-2a, 54-97, 54-38, 54-92a

**UNIFORM ARREST REPORT — PROSECUTORS COPY**

859537
04-138447

| Field | Value |
|---|---|
| NAME OF ACCUSED (LAST, FIRST, MIDDLE) | SMITH, LEROY |
| ALIASES OR MAIDEN NAME | MARVIN SMITH / MARCUS WILLIAMS |
| SOCIAL SECURITY NO. | 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 |
| NO. AND STREET | 90 IVY ST. |
| OPERATORS LIC. NO. | |
| CITY OR TOWN | NEW HAVEN |
| STATE | CT. |
| DEPT. CASE NO. | |
| SEX | M |
| RACE | B |
| DATE OF BIRTH | 7 / 21 / 53 |
| PLACE OF BIRTH | NEW HAVEN |
| DATE & TIME ARRESTED | 3-13-87 0535 |
| PLACE OF ARREST | WTBY |
| SUPERIOR COURT G.A. NO. | 4 |
| FINGERPRINTED? | |
| CHARGE(S) & STATUTE NO. | SALE OF NARCOTICS 21a-278(B) |
| PLACE OF TRIAL | WTBY |
| ARRESTING OFFICER | SGT. FLAHERTY |
| DEPARTMENT OR STATE POLICE TROOP | WATERBURY P.D. |

ID-CR-21 12-78