DC 53                                                           Record of Grand Jurors  
(Rev. 10/81)                                                 concurring

# United States District Court

## FOR THE
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :

         v.                             :      DOCKET NO. _____

MARVIN SMITH                    :  
a/k/a "Leo the Lion"

       I, the duly appointed foreman of the grand jury of this court, begun and held at New Haven, Connecticut on the __16th__ day of September, 2003 do hereby file with the clerk of the court as required by Rule 6(c), Federal Rules of Criminal Procedure, a record of the number of grand jurors concurring in the finding of indictment in the above case, which record shall not be made public except upon order of the court:

_____ grand jurors concurring.

_____                                     _____  
Date                                                                                    Foreman.

**Previous editions of this form should be used until exhausted.**