UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 3:03CR261(AHN) |
| MARVIN SMITH : | |
| a/k/a/ "Leo the Lion" : | APRIL 5, 2005 |

MOTION AND ORDER OF DISMISSAL

    The United States Attorney for the District of Connecticut, by the undersigned Assistant United States Attorney, respectfully moves pursuant to Rule 48, Fed. R. Crim. P., for the dismissal of count two of the indictment pending against the defendant Marvin Smith.

    Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


MICHAEL E. RUNOWICZ
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT08084
157 Church Street
New Haven, Connecticut  06510
(203) 821-3700


    This motion to dismiss is granted.  It is so ordered this ___ day of April, 2005, at Bridgeport, Connecticut.

_____
ALAN H. NEVAS
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on April 5, 2005, a copy of the foregoing Motion and Order of Dismissal has been sent via first class mail to:

Robert J. Sullivan, Esq.
Law Offices of Robert Sullivan
190 Main Street
Westport, CT 06880

Carla Jo Wagenstein-Vega
United States Probation Officer
United States Probation Office
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
                          MICHAEL E. RUNOWICZ
                          ASSISTANT UNITED STATES ATTORNEY