

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2005 APR -6  A 11: 31

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:03CR261(AHN) |
| MARVIN SMITH<br>a/k/a/ "Leo the Lion" | :<br>: APRIL 5, 2005 |

### MOTION AND ORDER OF DISMISSAL

The United States Attorney for the District of Connecticut, by the undersigned Assistant United States Attorney, respectfully moves pursuant to Rule 48, Fed. R. Crim. P., for the dismissal of count two of the indictment pending against the defendant Marvin Smith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL E. RUNOWICZ
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT08084
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

This motion to dismiss is granted. It is so ordered this 25 day of April, 2005, at Bridgeport, Connecticut.

ALAN H. NEVAS
SENIOR UNITED STATES DISTRICT JUDGE