Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

_____ District of __CONNECTICUT__

**FILED**

__UNITED STATES OF AMERICA__

v.

__MARVIN SMITH__

Docket No.: __3:03CR261(AHN)__

2005 APR 14 A 11:01

U.S. DISTRICT COURT
BRIDGEPORT CONN

_____ (Judge)

Notice is hereby given that ____MARVIN SMITH_____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____], other [___XX___] __Sentence_____

(specify)

entered in this action on ____4/5/05_____.

Offense occurred after November 1, 1987    Yes  [XX]   No [____]    (date)

This appeal concerns: Conviction only [ ___ ]    Sentence only [ XX ]    No [ ____ ]

Date __4/14/05_____
TO
Michael E. Runowicz, AUSA
Office of U.S. Attorney
157 Church Street
New Haven, CT 06510

Robert J. Sullivan, Jr.
_____
(Counsel for Appellant)

Address ___190 Main Street_____

__Westport, CT 06880_____

**ADD ADDITIONAL PAGE (IF NECESSARY)**

Telephone Number: ___203/227-1404_____

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|

▶ **QUESTIONNAIRE**

▶**TRANSCRIPT ORDER**

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

[ XX  ] I am ordering a transcript
_____ I am not ordering a transcript
   Reason
   [_____] Daily copy is available
   [_____] U.S. Attorney has placed order
   [_____] Other. Attach explanation

Prepare transcript of                                    Dates
[_____] Prepare proceedings _____
[_____] Trial _____
[ XX ] Sentencing ___4/5/05_____
[_____] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [_____] Funds [_____]    CJA Form 24 [ XX ]

**ATTORNEY'S SIGNATURE**    DATE  4/14/05

▶ **COURT REPORTER ACKNOWLEDGMENT**

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney.

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02