MEMORANDUM         RECEIVED

TO:      U.S. Probation Office

FROM:    Yelena Gutierrez         FILED  APR 29  12 35 PM '05

DATE:    April 28, 2005           2005 MAY -2  P 2: 26

RE:      3:03cr261(AHN)           U.S. DISTRICT COURT
                                  BRIDGEPORT, CONN

        Presentence Report returned to U.S. Probation Office as to Marvin Smith

*************************************************************

Ten days have passed since the defendant was sentenced and no appeal has been filed. Therefore, we are returning the original Presentence Report to you pursuant to Local Rule 32(j).

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.

Enclosure:      ORIGINAL PRESENTENCE REPORT

Received by:    _[signature]_

Date:           4/29/05