UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | No. 3:03CR261(AHN) |
| | : | |
| v. | : | |
| | : | |
| MARVIN SMITH, | : | |
| | : | May 12, 2005 |
| Defendant | : | |

**DEFENDANT'S MOTION FOR ONE-DAY RELEASE TO PERMIT ATTENDANCE AT MOTHER'S FUNERAL**

Defendant Marvin Smith, by and through his undersigned counsel, respectfully moves this honorable court for a one-day release to permit travel for the purpose of attending the funeral of his mother. In support of this request, defendant represents:

1. Defendant was sentenced in the above matter on April 5, 2005.

2. Defendant is currently incarcerated at the Wyatt Detention Center in Central Falls, Rhode Island.

3. Defendant's mother passed away on May 9, 2005.

4. The funeral services will be held on Monday, May 16, 2005, at the New Hope Missionary Baptist Church, 109 Butler Street, New Haven, Connecticut, beginning at 10:00 a.m. The interment will take place at Hamden Plains Cemetery on Circle Avenue in Hamden, Connecticut, immediately following the services. Defendant will return to the Wyatt facility immediately following the burial.

5. AUSA Michael Runowicz has no objection to the requested travel plans, providing same do not involve an overnight stay.

ORAL ARGUMENT NOT REQUESTED

Wherefore Defendant respectfully petitions this honorable court for permission to travel to attend the funeral of his mother on May 16, 2005.

          Respectfully submitted,
          DEFENDANT MARVIN SMITH


By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969

**CERTIFICATION**

      This is to certify that a copy hereof was mailed on May 12, 2005 to the following:

Michael E. Runowicz, AUSA
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

                                                                           _____
                                                                            Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969