UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | 3:03CR261(AHN) |
| : | |
| **MARVIN SMITH** : | |

## ORDER GRANTING MOTION FOR ONE-DAY RELEASE TO ATTEND FUNERAL AND SETTING CONDITIONS OF RELEASE

The United States Marshal Service is hereby ORDERED to release prisoner Marvin Smith, who is presently incarcerated at Wyatt Dentention Center, for a period of ONE DAY to permit him to attend his mother's funeral, subject to the terms and conditions set forth below:

1. Smith shall be released, for ONE DAY, Monday, May 16, 2005, for the sole and exclusive purpose of attending the funeral of his mother, and the burial services immediately following said funeral.

2. Smith shall be transported by the United States Marshal Service on the morning of Monday, May 16, 2005, from the Wyatt facility in Rhode Island to the United States District Court in Bridgeport, Connecticut. Smith shall be released to the custody of his family, specifically Corey Smith and Mamie Smith, in whose custody Smith shall remain during the entire time of his release.

3. Smith shall attend the funeral of his mother and the burial service which follows. Following the burial, the family shall deliver Smith back to the Courthouse no later than 4:00 p.m. where he shall be returned to the custody of the United States Marshal Service for transportation back to the Wyatt facility.

4. During the course of Smith's release he shall obey all laws. He shall not do, or attempt to do, anything other than attend the funeral of his mother and the burial. He shall neither possess nor consume alcoholic beverages or drugs of any kind. He shall remain in the custody of his family at all times. He and all involved family members shall immediately, and without protest, surrender to any show of local, state or federal authority. Smith's family members shall immediately, on an emergency basis, notify the authorities of any breach by Smith, or anyone else, of the terms of this release order.

5. The permission granted to Smith by this order to travel to his mother's funeral is expressly conditioned upon the execution of a $100,000 non-surety bond, by both Smith and by the above-mentioned members of his family. Any failure to abide by the conditions of release contemplated by this order shall constitute, in the sole discretion of the Court, grounds to forfeit said $100,000 bond, in addition to any other penalties which may be authorized by law.

SO ORDERED.

Signed this 13th day of May, 2005 at Bridgeport, Connecticut.

/s/
Alan H. Nevas
United States District Judge