**MANDATE**
**FILED**

D. Conn. — NHCT
03-cr-261
Nevas, J.

# United States Court of Appeals
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 22nd day of March, two thousand six,

Present:

    Hon. Pierre N. Leval,
    Hon. Barrington D. Parker,
        *Circuit Judges,*
    Hon. William K. Sessions III,
        *District Judge.*[*]



United States of America,

        Appellee,

v.                                                                                    05-2165-cr

Marvin Smith,

        Defendant-Appellant.

---

The Government moves to summarily affirm the appellant's appeal from his judgment of conviction and sentence. Upon due consideration, it is ORDERED that the motion is GRANTED. The appellant's claim that a district court violates the Fifth and Sixth Amendments when it calculates a sentence with enhancements based on dismissed conduct, not admitted by the appellant or found by a jury, is foreclosed by recent precedent. *See United States v. Vaughn*, 430 F.3d 518, 525-27 (2d Cir. 2005) (holding that district courts may continue to consider relevant acquitted conduct when sentencing a defendant after the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005)); *see also United States v. Streich*, 987 F.2d 104, 108 (2d Cir. 1993) (per curiam) ("a defendant's right to be free from double jeopardy is not infringed by sentencing enhancements based upon acquitted, *much less dismissed*, counts of an indictment") (emphasis added). The district court sentenced the appellant well below the statutory maximum and within the advisory Guidelines range determined in accordance with facts the court found by a preponderance of the evidence. *See Vaughn*, 430 F.3d at 527. Because the appellant challenges only the sentencing enhancement based upon dismissed conduct, all other potential claims are deemed abandoned. *See LoSacco v. City of Middletown*, 71 F.3d 88, 92 (2d Cir. 1995); Fed. R. App. P. 28(a).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: /s/ Lucille Carr

---

[*]The Honorable William K. Sessions III, Chief Judge of the United States District Court for the District of Vermont, sitting by designation.

USCA WJB

A TRUE COPY
Roseann B. MacKechnie, CLERK

by /s/ Deputy Clerk

ISSUED AS MANDATE: 4/12/06