```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| :   | |
| v.                          : | Crim. No. 3:03-cr-261(AHN) |
| :   | |
| MARVIN SMITH                : | |

<u>ORDER TO SHOW CAUSE</u>

Upon information provided to the court in the supplemental Presentence Report prepared by the United States Probation Office, it is hereby

ORDERED that the government file a response on or before June 30, 2008, showing cause why MARVIN SMITH is not entitled to a reduction in his sentence pursuant to Amendment 706 to U.S.S.G. § 2D1.1 and 18 U.S.C. § 3582(c), and it is further

ORDERED that service by the United States Marshal of this order on the government's representative, Nora R. Dannehy, United States Attorney, New Haven, Connecticut, on or before May 29, 2008, shall be deemed sufficient service.

SO ORDERED.

Dated at Bridgeport, Connecticut this 15th day of May 2008.

```
                                    /s/
                         Alan H. Nevas
                         United States District Judge
```