# CERTIFICATE
# OF
# COMPLETION



This certifies that

# MARVIN SMITH

completed 40 hours

**DRUG EDUCATION CLASS**

Federal Medical Center in Butner, North Carolina
This certificate is hereby issued May 3, 2006.

_Jill R. Grant, Psy. D._
Jill R. Grant, Psy. D.
DAP Coordinator

_L. Mitchell, M.S._
L. Mitchell, M.S.
Drug Treatment Specialist



# CERTIFICATE
## OF
## COMPLETION

This certifies that

# MARVIN SMITH

COMPLETED 14 SESSIONS

at

ALCOHOLIC AND NARCOTIC ANONYMOUS GROUP

The Federal Medical Center in Butner, North Carolina

This certificate is hereby issued  February 2, 2006.

Jill Grant, Psy. D.
DAP Coordinator

L. Mitchell, M.S.
Drug Treatment Specialist

# Certificate of Participation

This certifies that

# MARVIN SMITH

successfully completed

# ANGER MANAGEMENT GROUP

The Federal Medical Center in Butner, North Carolina.
This certificate is hereby issued May 10, 2006.

COMPLETION

G. Atkinson, LCSW, BCD
Licensed Clinical Social Worker

L. Mitchell, M.S.
Drug Treatment Specialist

Jill R. Grant, Psy.D.
DAP Coordinator

# Certificate of Participation

This certifies that

## MARVIN SMITH

successfully completed

## THE VOICE OF ADDICTION GROUP

The Federal Medical Center in Butner, North Carolina.

This certificate is hereby issued June 1, 2006.

_G. Atkinson, LCSW, BCD_
Licensed Clinical Social Worker

_L. Mitchell, M.S._
Drug Treatment Specialist

_Jill R. Grant, Psy.D._
DAP Coordinator



# Certificate of Completion

This certificate is hereby awarded to:

Marvin Smith

For Successful Participation in and Completion of the "AT RISK PROGRAM"

Awarded on this 29th day of December in the year 2007.

Signed  *Dennis Bellamy*  Recreation Specialist

# Certificate of Participation



This certificate is hereby awarded to:

*Marvin Smith*

For Successful Participation in the FMC Butner Annual Health Fair

Awarded on this **03ʳᵈ** day of **August 2006**

Signed *Terry L Chavis,* Lead Recreation Specialist





# Certificate of Completion

This certificate is hereby awarded to:

Marvin Smith

For Successful Participation In The
FMC Butner Recreation Therapy - Medical
HEALTH & FITNESS AWARENESS PROGRAM

Awarded on this __13th__ day of __March__ in the year __2008__.

Signed: B. Preddy, Recreation Therapist









# Certificate of Completion

This certificate is hereby awarded to:

Marvin L. Smith

For Successful Participation In The
FMC Butner Recreation Therapy - Medical
Back Strength & Fitness Program

Awarded on this 21st day of November in the year 2007.

Signed: B. Preddy, Recreation Therapist





# Certificate of Completion

This certificate is hereby awarded to:

## MARVIN SMITH

For Successful Participation in and Completion of the "FITNESS CHALLENGE PROGRAM"

Awarded on this 4TH day of February in the year 2006.

Signed _Dennis Bellamy_  Recreation Specialist

# Certificate of Completion

This certificate is hereby awarded to:

_Marvin Smith_

For Successful Participation in and Completion of the "FITNESS CHALLENGE PROGRAM"
(2000 Hours )

Awarded on this _10_th_ day of _October_ in the year _2006._

Signed _Dennis Bellamy_ _Recreation Specialist_





# Certificate of Completion

This certificate is hereby awarded to:

MARVIN SMITH

For Successful Participation in and Completion of the "FITNESS CHALLENGE PROGRAM"

(750 Hours )

Awarded on this 13ᵀᴴ day of April in the year 2006.

Signed  *Dennis Bellamy,* Recreation Specialist

# Certificate of Completion

This certificate is hereby awarded to:

MARVIN SMITH

For Successful Participation in and Completion of the "FITNESS CHALLENGE PROGRAM"

(1000 Hours )

Awarded on this 15TH day of May in the year 2006.

Signed _Dennis Bellamy_  Recreation Specialist





# Certificate of Completion

This certificate is hereby awarded to:

## MARVIN SMITH

For Successful Participation in and Completion of the "FITNESS CHALLENGE PROGRAM" (1500 Hours)

Awarded on this 24TH day of July in the year 2006.

Signed _Dennis Bellamy_ Recreation Specialist



# Certificate of Completion

## This certificate is hereby awarded to:

# Marvin Smith

For Successful Completion of 40 Hours In the:

## ABDOMINAL CLASS

Awarded on this 20TH day of January in the year 2007.

Signed _Damian Brown_ Recreation Specialist







# Certificate of Achievement

## Marvin Smith 15299-014

*for participation in the FCC Butner Recreation Department Fitness Challenge.*

**Mr. Smith has completed 3000 hours of fitness training and wellness programs.**

_____
August 23, 2007
Date

G. Ewing, Rec. Specialist



# Certificate of Completion

This certificate is hereby awarded to:

*Marvin Smith*

**Advance Step Aerobics II**
**12 week Class**

Awarded on this 30TH day of September in the year 2006.




**FMC Recreation Department**

*Recreation Specialist*





# Certificate of Completion

This certificate is hereby awarded to:

*Marvin Smith*

**Step Aerobics I**
**12 week Class**

Awarded on this 30TH day of June  in the year 2006.

*FMC Recreation Department*



*Recreation Specialist*

# Certificate of Completion

This certificate is hereby awarded to:

## Marvin Smith

For The Successful Completion of **3,500** Hours in the:

## Individual Fitness Program

Awarded on this 26TH day of January in the year 2008.

Signed _Damian Brown_, **Recreation Specialist**

# Certificate of Completion

This certificate is hereby awarded to:

_Marvin Smith_

For Successful Participation and Completion in The FCI Butner
Recreation Department Fitness Challenge.

## 2500 Hrs

Jurisdiction this 1st day of April in the year 2007.

Signed _Ms. Doherty_ RECREATION SPECIALIST

# Certificate of Completion

This certificate is hereby awarded to:

*Marvin Smith*

For Successful Participation In And The Completion Of The
FMC Butner Recreation Therapy - Medical Leather Craft Program

12/7/01



Signed B. PREDDY, REC THERAPIST

# Certificate of Completion

This certificate is hereby awarded to:

Marvin Smith

For Successful Participation In And The Completion Of The
FMC Butner Recreation Therapy - Medical Crochet Program



12/7/07

Signed _____
B. PREDDY, REC THERAPIST





# Certificate of Completion

awarded to:

## Marvin Smith

For

Participation In Butner's
Federal Correctional Complex
**Card Making Course "June 2006"**

Recreation Specialist : S.Totten

Signed: _____



Date: December 14, 2006



# Certificate of Completion

awarded to:

## Marvin Smith

For

Participation In Butner's
Federal Correctional Complex

**Calligraphy & Card Making (Twelve Week) Course**

Recreation Specialist : S.Totten

Signed:_____



Date:  November 27, 2006





# Certificate of Completion

awarded to:

## Marvin Smith

For

Participation In Butner's
Federal Correctional Complex
**Calligraphy Course "June 2006"**

Recreation Specialist : S.Totten

Signed: _____



Date: December 14, 2006