# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

FILED
2008 JUL 25 A 10: 57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Marvin Smith ) | Case No: 3:03cr261(AHN) |
| ) | USM No: 15299-014 |
| Date of Previous Judgment: April 5, 2005 ) | Robert Sullivan |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __120__ months **is reduced to** __99 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __29__        Amended Offense Level: __27__
Criminal History Category: __III__     Criminal History Category: __III__
Previous Guideline Range: __108__ to __135__ months    Amended Guideline Range: __87__ to __108__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

The defendant also asks the court to "impose a sentence that is less than provided for by the 2-level Guideline reduction contemplated by Amendments 706 and 713." To the extent that § 3582 or any other authority permits the court to reduce the defendant's sentence more than the two levels contemplated by Amendments 706 and 713, the court, after considering all relevant factors, declines to do so.

Except as provided above, all provisions of the judgment dated __April 5, 2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __July 24, 2008__

/s/ Alan H. Nevas, SUSDJ
Judge's signature

Effective Date: _____
(if different from order date)

Alan H. Nevas, U.S. District Judge
Printed name and title