Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
## United States District Court

_____ District of Connecticut

United States

Marvin Smith

Docket No.: 3:03cr261(AHN)

Hon. Alan H. Nevas
*(District Court Judge)*

Notice is hereby given that **Marvin Smith** _____ appeals to the United States Court of Appeals for the Second

Circuit from the judgment [_____], other [ X ]  Order Regarding Motion for Sentence Reduction
Pursuant to 18 U.S.C. § 3582(c)(2)
*(specify)*

entered in this action on 7/24/08
*(date)*

Offense occurred after November 1, 1987     Yes [ ✓ ]    No [ \_\_\_ ]

This appeal concerns: Conviction only [ \_\_\_ ]    Sentence only [ ✓ ]    Conviction and Sentence [ \_\_\_ ]

Date 7/ 31 /08
TO

Michael E. Runowicz, AUSA
157 Church St. 23d Floor
New Haven, CT 06510

*(Counsel for Appellant)*

Address   Law Offices of Robert Sullivan

190 Main Street, Westport, CT 06880

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: 203/227-1404

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER**     ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[ \_\_\_ ] I am ordering a transcript
[ ✓ ] I am not ordering a transcript
Reason
[ \_\_\_ ] Daily copy is available
[ \_\_\_ ] U.S. Attorney has placed order
[ \_\_\_ ] Other. Attach explanation

Prepare transcript of          Dates
[ \_\_\_ ] Prepare proceedings _____
[ \_\_\_ ] Trial _____
[ \_\_\_ ] Sentencing _____
[ \_\_\_ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment [ \_\_\_ ] Funds [ \_\_\_ ]    CJA Form 24 [ \_\_\_ ]

ATTORNEY'S SIGNATURE | DATE 7/ 31 /08

---

▶   COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | Date _____ | Signature _____ *(Court Reporter)* |

---

### DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)